KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Theodore B. Hutz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10CR0238EJG |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| THEODORE B. HUTZ, | |
| Defendant. | |

Mr. Hutz is scheduled for a status conference on October 28, 2011. However, Mr. Hutz may be called as a witness in the trial of several of his co-conspirators.

Per agreement between the government and defense counsel it is respectfully requested that the status conference set for October 28, 2011 be continued to January 27, 2012.

It is anticipated that on that date the parties will be better positioned to request a Judgment and Sentencing date and set a disclosure schedule for the pre-sentence report.

DATED: October 24, 2011      Respectfully submitted,


    s/Kresta Daly
KRESTA DALY
Attorney for Theodore B. Hutz

1

DATED: October 24, 2011

    s/Russell Carlberg*
RUSSELL CARLBERG
Assistant United States Attorney

**O R D E R**

For the aforementioned reasons the court vacate the status conference set for October 28, 2011 and sets a new status conference on January 27, 2012.

DATED: October 24, 2011      /s/ Edward J. Garcia
Honorable Edward J. Garcia, Judge

*Signed with permission.