```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700

 5  ANNA TRYON PLETCHER
    TAI S. MILDER
 6  Trial Attorneys
    U.S. Department of Justice
 7  Antitrust Division
    450 Golden Gate Avenue, Room 10-0101
 8  San Francisco, CA 94102
    Telephone: (415) 436-6660
 9
10
11              IN THE UNITED STATES DISTRICT COURT
12              FOR THE EASTERN DISTRICT OF CALIFORNIA
13
14  UNITED STATES OF AMERICA,    )   CR. NO. S-10-0238 EJG
15                               )
              Plaintiff,         )   STIPULATION AND
16                               )   ORDER TO CONTINUE STATUS
         v.                      )   CONFERENCE
17                               )
    THEODORE B. HUTZ,            )
18                               )
              Defendant.         )
19                               )
20
         THE PARTIES HEREBY STIPULATE AS FOLLOWS:
21
         Mr. Hutz is currently on the Court's calendar for a status
22
    conference on August 3, 2012. Mr. Hutz, however, may be called as a
23
    witness at the trial of several co-conspirators. In this related
24
    case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four
25
    defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim,
26
    and W. Theodore Longley, are on the Court's calendar for a status
27
28
```



FILED
AUG 0 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
  DEPUTY CLERK

1

conference on September 7, 2012.

The government will not be able to fully determine its sentencing recommendation for Mr. Hutz until after a trial in the related case. Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for Mr. Hutz that is currently set for August 3, 2012 be continued to November 9, 2012 at 10:00 a.m. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

Dated: August 1, 2012            Respectfully Submitted,

                                        Benjamin B. Wagner
                                        United States Attorney

                              By:   s/Russell Carlberg*
                                        RUSSELL L. CARLBERG
                                        Assistant U.S. Attorney

                                        Joseph F. Wayland
                                        Acting Assistant Attorney
                                        General

                              By:   s/Anna Pletcher
                                        ANNA TRYON PLETCHER
                                        TAI S. MILDER
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Antitrust Division

                              By:   s/Kresta Daly*
                                        KRESTA DALY
                                        Counsel for Defendant

*Signed with permission

2

ORDER

For the reasons stated above, the Court continues the status conference regarding judgment and sentencing for defendant Theodore Hutz to November 9, 2012 at 10:00 a.m.

IT IS SO FOUND AND ORDERED this 1st day of August, 2012.

*[signature]*
EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE